UNITED STATES DISTRICT COURT
Western District of Kentucky

**FILED**

JAMES J. VILT JR,
CLERK
7/31/2025

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## **EXHIBIT INVENTORY**

Case Number: 3:25CR-43-DJH     Style of Case: USA v. Hussein

Received from: T.Burch     Received by: D.Wehmer     Date: 7/31/2025
8/6/2025

Proceedings: Bond Revocation Hearing

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|--------|-------------|--------|-------------|
| Dft 1 | Commonwealth v. Hussein 25-F-005468 documents | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTES: _____

## **DISPOSITION OF EXHIBITS:**

ITEMS: _____

RECEIVED BY: _____ DATE: _____

RETURNED BY: _____ DATE: _____

ITEMS: _____

RECEIVED BY: _____ DATE: _____

RETURNED BY: _____ DATE: _____

ITEMS: _____

RECEIVED BY: _____ DATE: _____

RETURNED BY: _____ DATE: _____

OTHER DISPOSITION: _____

DATE: _____ RETURNED BY: _____, **Deputy Clerk**